Dorethea A. WHALEY, Petitioner,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 05–3164.

United States Court of Appeals,
Federal Circuit.

July 27, 2005.

ON MOTION

### ORDER

Upon consideration of Dorethea A. Whaley's unopposed motion to voluntarily dis-

miss her petition for review of Merit Systems Protection Board case no DC1221040593–W–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.